No. 03–7589. MILES *v.* STAINER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–7592. LUCERO-RAMIREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7593. LANGENDORF *v.* KOPP. C. A. 9th Cir. Certiorari denied.

No. 03–7595. LUNA-NINO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7596. CRUZ-OSORNIO *v.* UNITED STATES; ARGUETA-MALAGON *v.* UNITED STATES; and ARREOLA-SALAZAR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 73 Fed. Appx. 292 (first and third judgments) and 294 (second judgment).

No. 03–7597. CHERESPOSY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–7598. CONTRERAS-MONTOYA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–7599. CASTANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7600. CRUZ-SANCHEZ *v.* UNITED STATES; GOMEZ-NOGESE *v.* UNITED STATES; PERAZA-GARCIA *v.* UNITED STATES; MORALES-FRANCO *v.* UNITED STATES; TORRES-VILLEGAS, AKA GUTIERREZ-RAMIREZ, AKA GARCIA-RAMIREZ *v.* UNITED STATES; and VELAZQUEZ-CAMPOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 71 Fed. Appx. 426 (third judgment) and 432 (sixth judgment); 72 Fed. Appx. 213 (fifth judgment), 980 (second judgment), and 981 (fourth judgment); 74 Fed. Appx. 358 (first judgment).

No. 03–7601. BURNETT *v.* HILL, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.